UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS BROOKS ACHANE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUMBOLDT COUNTY CORRECTIONAL FACILITY,<br><br>　　　　Defendant. | Case No. 23-cv-01782-JD<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. No. 2 |

Plaintiff, a state prisoner, filed a pro se civil rights action. Court records indicate that plaintiff already has a case in this Court with the same claims. *See Achane v D. Twitchell*, Case No. 23-cv-1301 JD. This case is dismissed as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). The Court will review the claims in the earlier filed case.

For the foregoing reasons, this case is **DISMISSED** as duplicative. The pending motion (Dkt. No. 2) is **VACATED**. No fee is due. The Clerk is requested to close this case.

**IT IS SO ORDERED.**

Dated: May 8, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　United States District Judge